Eva Gittleman, Respondent, v. Charles L. Feltman and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Wood-

ward, Jenks, Hooker, Gaynor and Miller, JJ. Settle order before Mr. Justice Gaynor.